Case 1:11-cr-00062-PAC   Document 190-1   Filed 07/09/12   Page 1 of 7



028274

Past Alerts | Penny Winners. Our Stock Picks Are Off the Charts! Page 1 of 6

Case 1:11-cr-00062-PAC Document 190-1 Filed 07/09/12 Page 2 of 7

- Home
- Disclaimer
- Contact Us





- Alerts in Play
- Past Alerts
- Uncategorized
- Welcome
- RSS

Past Alerts

# EWPI – Is our Next Big Pick!

No Comments 05 April 2010

Like



Just announced after the bell EWPI – Emerging World Pharma Inc. Is our Next Big Pick!

Since 1996 Global Pharma has been producing top quality USP generics at competitive prices based on a low overhead corporate model. The company choose to provide advanced pharmaceutical solutions to it's customers which directly translates to cost savings when co…mpared to it's competitors.

The company's strengths are:

Skilled and Experienced Teams — State of the art Production Machinery and Technology — Regular Manufacturing Upgrades — Superior Quality — Affordable Prices — In-house Quality Control Lab — Qualified & Dedicated Management and quality control — Ability to fill Bulk Demand orders.

028268

Past Alerts | Penny Winners. Our Stock Picks Are Off the Charts!   Page 2 of 6

Case 1:11-cr-00062-PAC   Document 190-1   Filed 07/09/12   Page 3 of 7

We believe that this company has a lot going for it and we recommend that everyone puts it on their watch list! Last price is .62 per share and technical indicators are pointing up! This week we expect the stock to see continued buying pressure.

Always know the risks involved in trading penny stocks. Always do your due diligence first before investing.

Good luck!

Here is their web site: EWPI — Emerging World Pharma Inc

Past Alerts

## Refer a Friend!

No Comments 08 February 2010

Like

We are scanning the internet for the next big Penny Winners! Keep your eyes on your inbox for our emails! If you're happy with our performance please share the love by referring us to a friend or four!
Cheers!

Past Alerts

## What a Way to Start the Year!

No Comments 05 January 2010

What a way to start off the year!    Like
MRNJ has turned out to be another
fantastic Penny Winner for our subscribers! Congrats!

Past Alerts

## MRNJ is on Fire!

No Comments 04 January 2010

Past Alerts | Penny Winners. Our Stock Picks Are Off the Charts!   Page 3 of 6

Case 1:11-cr-00062-PAC   Document 190-1   Filed 07/09/12   Page 4 of 7

MRNJ IS ON FIRE! This one is looking extremely bullish! If you got in when we alerted at .03 you're looking great! We believe that there is still more upside potential so keep a close eye on it!   [Like]

Past Alerts

# Our Next Big Pick is Metatron Inc. – MRNJ

2 Comments 03 January 2010

[Like]



Our Next Big Pick is MRNJ – Metatron Inc.

Metatron is a multi-business new media corporation consisting of highly-related fast growing companies that transact through the internet and mobile devices.  The company's mission is to harness the power of technology to make people's lives more productive and enjoyable.  Metatron's network of partner companies operate in the hottest business sectors including online dating, credit card processing, next-generation relational database development , search engine advertising optimization and Iphone/mobile device applications.

Here is their web site: www.metatroninc.com

Based on technical analysis and a look into the company we believe this company has big upside potential in the near/long term. MRNJ was trading in the .30′s a few months ago!

Always do your due diligence before investing. Always know the risks of trading penny stocks.

Good Luck!

Past Alerts

# Announcing Next Pick Sunday Jan 3rd, 2010

No Comments 01 January 2010

We will be announcing our Next Big Pick on Sunday January 3, 2010!   [Like]
We expect this one to really move! Keep an eye on your inbox!

Past Alerts

## Penny Winners in Scan Mode.

No Comments 13 September 2009

We are scanning the internet for the    Like
next big Penny Winners! As soon as
we find one you'll be the first to know! ! Keep an eye on your inbox and remember to share the love by referring us to a friend!

Past Alerts

## SGDH hits .71 from our alert at .17

No Comments 03 September 2009

SGDH Just Hit .71!  If you got in    Like
when we alerted at .17 you are
probably laughing all the way to the bank! Congrats!

Past Alerts

## SGDH Bullish Pattern!

No Comments 31 August 2009

Technical analysis for SGDH    Like
confirms a very bullish pattern!

Past Alerts

## Healthy Consolidation.

No Comments 28 August 2009

SGDH is seeing some healthy    Like
consolidation after a strong rise. Pay
close attention to the technical indicators. We believe things are turning around it might bounce here.

Older Entries »



**Real Time Alerts!**



- Popular
- Latest
- Comments
- Tags

- Our Next Big Pick is Metatron Inc. - MRNJ
- Our Next Big Pick
- PDMI is our next Big Pick!
- PDMI is on Fire Today!
- Welcome Members!

**Chat**

**CNBC Breaking News**

- White House Plans to Issue Travel Warning for Europe
- China to the Rescue! Wen Offers to Buy Greek Debt
- Families Join Massive Protests in France Over Cuts
- Tesla Recalls Electric Cars Over Power-Cable Fire Risk
- BofA Suspends Foreclosures; States Look at JPMorgan
- California Clears Budget—But What's the Deal?
- Ford CEO Sees Zero Net Debt by 2011: Report
- TV Anchor Ousted at CNN Over Remarks About Jews
- Week Ahead: Jobs to Direct Markets—and Maybe Fed

028272

Past Alerts | Penny Winners. Our Stock Picks Are Off the Charts!  Page 6 of 6

Case 1:11-cr-00062-PAC   Document 190-1   Filed 07/09/12   Page 7 of 7

- HP and CEO Brace for Wave of Software Deals



## Archives

- June 2010 (9)
- April 2010 (5)
- February 2010 (1)
- January 2010 (4)
- September 2009 (2)
- August 2009 (8)
- July 2009 (1)
- April 2009 (3)

## Penny Winners Twitter

- The Penny Winners VIP List is now open for the next 100 new subscribers. Hurry and get your spot before someone... http://fb.me/GX1b9gU6 1 day ago
- This was a very profitable week for our members! If you don't want to miss our next big alert sign up to the FREE... http://fb.me/IZVvbT9X 1 day ago

## Tag Cloud

Alerts in Play  best dd  BRZM  bullish stocks  bull winners  chart1  chart2  chart3  coming soon  consolidation penny stock  dd mode  featured1  metatron inc  mrnj  mrnj bull  mrnj chart  mrnj penny winner  mrnj profit  new highs  new members  new penny winner  new pick  Next big pick  next pick  paradigm medical  pdmi  penny alerts  penny movers  penny stock alert  penny winners  penny winners picks mrnj  penny winners scans  refer a friend  scan mode  scanning  sgdh  sgdh bank  sgdh penny stock  sgdh profit  sgdh quote  sgdh ready  sgdh winner  stock alert  subscribe today  technical penny winners

## Penny Winners Calendar

October 2010

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

« Jun

© 2010 Penny Winners. Our Stock Picks Are Off the Charts!. Powered by AdPrasenz.