# ALPINE SECURITIES
*Stock Brokerage & Investment Company*

**Account Type**

Corporate | Partnership | Sole Proprietor | (Limited-Liabillity Company)

## Information about the business

**Official Name of the Entity:** STOCK AWARENESS GROUP, LLC

**Tax ID Number/SSN of Sole Proprietor:**

**Registration Address:** | **City:** | **State:** FL | **Zip Code:** 33,78

**Mailing Address (if different from above):** | **City:** | **State:** | **Zip Code:**

### Information Release
In order to comply with SEC regulations, we require your permission to release your account information to issuers. We will assume yes if left blank.

☐ I give my permission.   (☑) I do not give my permission.

### Banking
**Bank Name:** BANK OF AMERICA   **Location (City, State):** CUTLER BAY, FL

## Information About Authorized Persons

### Primary Authorized Person
**Name (first, middle initial, last):** Ricardo J. Fernandez

**Social Security Number:**

**Title:**

By providing your email address, you hereby authorize Alpine to send all statements, trade confirmations, and any other official communication which you may require to this email address.

**Do you currently maintain an account with another brokerage or investment firm?**
☐ No   ☑ Yes (see below)
**Company Name:** E-TRADE   **Location (City, State):**

**Are you employed by a registered broker-dealer, a securities exchange, or FINRA?**
☑ No   ☐ Yes (see below)
**Firm or Exchange Name:**   **Location (City, State):**

### Co-Authorized Person (if Applicable)
**Name (first, middle initial, last):**

**Social Security Number:**

**Title:**

**Date of Birth (MM/DD/YYYY):**

**Email Address:**

**Daytime Phone:**

By providing your email address, you hereby authorize Alpine to send all statements, trade confirmations, and any other official communication which you may require to this email address.

**Do you currently maintain an account with another brokerage or investment firm?**
☐ No   ☐ Yes (see below)
**Company Name:**   **Location (City, State):**

**Are you employed by a registered broker-dealer, a securities exchange, or FINRA?**
☐ No   ☐ Yes (see below)
**Firm or Exchange Name:**   **Location (City, State):**

---

In the space below, please provide a complete list of the public companies in which the corporation or any authorized individual is:
(1) An officer or director;
(2) A holder, directly or indirectly, of 5% or more equity interest.
(3) A corporate "insider," "controlling person," member of a controlling group or representative of a corporate insider, controlling person or group.

Use the back of this form if you need additional space. If none, write "none."

| Company Name and Cusip Number | Title | # Of Shares Owned |
|---|---|---|
|  |  |  |

## Distribution

**I would like the proceeds of sales:**
☐ Sent in the form of a check.   ☐ Held in a **Dreyfus** money market fund.   ☐ Sent as a wire transfer (send instructions).

## Suitabillity Determination

Alpine Securities will use the following information to determine your sutiabillity as per the 15-g rules set forth by The United States Securities and Exchange Commission.

**Financial Information**

Annual Income:
- ☐ $0 - $25,000
- ☐ $25,000 - $50,000
- ☐ $50,000 - $100,000
- ☒ $100,000 - $200,000
- ☐ Over $200,000

Net Worth
- ☐ $0 - $25,000
- ☐ $25,000 - $100,000
- ☐ $100,000 - $500,000
- ☐ $500,000 - $1,000,000
- ☒ $Over 1,000,000

Liquid Net Worth
- ☐ $0 - $25,000
- ☐ $25,000 - $100,000
- ☒ $100,000 - $500,000
- ☐ $500,000 - $1,000,000
- ☐ Over $1,000,000

**Personal Assets:**
- 21 % Stock
- ___ % Bonds
- 50 % Cash
- ___ % Real Estate
- ___ % Business
- ___ % Other

**Tax Bracket**
Please check:
- ☐ 15%
- ☐ 20%
- ☒ 25%
- ☐ 28%
- ☐ 33%
- ☐ 35%+

**Investment Objectives**
- ☒ Speculation
- ☐ Growth
- ☒ Income
- ☐ Tax Advantage
- ☐ Safety of Principle
- ☐ Other:

**Experience**
Please fill in amount (in years) of experience with each:
- 15 Stocks
- ___ Bonds
- 2 Options
- 1 Commodities

**Education:**
Please fill in number of years attended:
- 12 High School
- ___ College (Undergraduate)
- ___ College (Graduate)

Have you attended any business classes or investor training?
☐ Yes  ☒ No

If Yes, please list institutions where classes were attended in the space below:

**PLEASE READ BEFORE SIGNING**

**Certification:**

Under penalties of perjury, I certify that I have previously received a Risk Disclosure Document explaining important information about designated securities. Furthermore, the undersigned hereby represent(s) that he/she has read the terms and conditions of the Cash Account Agreement, including the reverse side thereof, and agrees to be bound, jointly and severally, to all the terms and conditions. The undersigned further affirms he/she is not acting as a nominee. The undersigned agree(s) to notify Alpine Securities if any of the above information changes.

_[signature]_  
Customer Signature

Date: 6/1/10

_____  
Joint Customer Signature (If Applicable)      Date

I hereby certify that all information has been provided to me by the customer:

_____  
Registered Representative      Date

_____  
Approval of Principal      Date

**Penson Financial Services**
**New Account Approval Form**

Account Number

Cash ✓  Mgn. ___  Short ___  Optn. ___  IRA ___  Office Code: 15  RR# 02  Acct. Open Date: ___

Is this account for a Foreign Bank? ☐ YES / ☐ NO. If yes, please list U.S. agent for service of process: ___

**Name of Primary Account Holder or Title of Account:** STOCK AWARENESS GROUP, LLC
(Write name exactly as it appears on Social Security Card or Fed ID Registration)

**Name of Secondary Acct. Holder:** ___

**Primary Account Holder Information:**

| SSN, Fed ID, Cedula, NIT#: | | Home Telephone: | |
|---|---|---|---|
| Residential Address: (No PO Boxes) | | | |
| City, State, Zip: | FL 33158 | | |
| Mailing Address (if different): | | | |
| City, State, Zip: | | Drivers License #: | |
| Employer's Name: | STOCK AWARENESS GROUP, LLC | Occupation: | Advertising |
| Employer's Address | | Employer's Telephone: | |
| City, State, Zip: | 33158 | | |
| Email Address: | | Date of Birth: | |
| Associated person of a Broker? | Yes ☐ / No ☑ (If Yes, please name): | | |

**Secondary Account Holder Information (If Joint Acct.):** ☐ YES / ☐ NO – Is Secondary Account holder the Spouse of Primary Account Holder?

| SSN, Fed ID, Cedula, NIT#: | | Home Telephone: | |
|---|---|---|---|
| Residential Address: (No PO Boxes) | | | |
| City, State, Zip: | | | |
| Mailing Address (if different): | | | |
| City, State, Zip: | | Drivers License #: | |
| Employer's Name: | | Occupation: | |
| Employer's Address | | Employer's Telephone: | |
| City, State, Zip: | | | |
| Email Address: | | Date of Birth: | |
| Associated person of a Broker? | Yes ☐ / No ☐ (If Yes, please name): | | |

**Citizenship Information:**

Primary:
Are you a U.S. Citizen? Yes ☑ / No ☐
Resident Alien? Yes ☐ / No ☑ Country of Birth ___
Non-Resident Alien? Yes ☐ / No ☑ Country Residing In: ___

Secondary:
Are you a U.S. Citizen? Yes ☐ / No ☐
Resident Alien? Yes ☐ / No ☐ Country of Birth ___
Non-Resident Alien? Yes ☐ / No ☐ Country Residing In: ___

**Investment Objectives:** (* If more than one, please rank 1-8)

| | | |
|---|---|---|
| 2 ☑ | Long term growth with safety (long term capital appreciation with relative safety of principal) | A |
| ☐ | Short term growth with high risk (Appreciation with acceptance of high risk) | B |
| 1 ☑ | Speculative (want increase in value of investments – High Risk) | C |
| ☐ | Income (want to use proceeds of the acct. as a source of income) | H |
| ☐ | Growth and Income (preserve capital as much as possible) | I |
| ☐ | Long term growth with greater risk – Aggressive Growth (trade volatile securities that have wide changes in price) | J |
| ☐ | Balanced (Diversification of asset classes for equal blend of income and long-term growth) | M |
| ☐ | Capital Appreciation (High Risk, capital growth invested primarily in stocks and options) | N |

**Tax Information:**

| # Of Dependents: | 2 |
|---|---|
| Tax Status: | 25 % |
| Initial Deposit: | $ 50,000.00 |
| Initial Transaction: | Deposit Certs |

Marital Status: ☑ S / ☐ M / ☐ D / ☐ W

**Signature: Primary** _____  **Secondary** _____

Penson New Account Approval Form Page 1 of 2

07/2006

# Penson Financial Services
## New Account Approval Form

Account Number: _____

Cash ✓   Mgn. ____   Short ____   Optn. ____   IRA ____   Office Code: ____   RR# ____   Acct. Open Date: ____

### Client Information:

| | |
|---|---|
| How long has account holder known the Broker? | JUST MET |
| Who were you introduced by? | INTERNET AD. |
| Is account holder a control person? (Officer, Director or 10% stock owner) | ☐ Yes / ☒ No |
| If Yes, Please list the company(s) controlled & position: | |
| Is client an employee of Insurance Co., Bank, Fund, Securities firm or Investment Advisor? | ☐ Yes / ☒ No |

### Income / Net Worth (Excluding Primary Residence) / Liquid Net Worth:

| Income | Net Worth | Liquid Net Worth | |
|---|---|---|---|
| ☐ $0 - 24,999 | ☐ $0 - 25,000 | ☐ $0 - 25,000 | A |
| ☐ $25,000 - 39,999 | ☐ $25,000 - 39,999 | ☐ $25,000 - 39,999 | B |
| ☐ $40,000 - 64,999 | ☐ $40,000 - 64,999 | ☐ $40,000 - 64,999 | C |
| ☐ $65,000 - 124,999 | ☐ $65,000 - 124,999 | ☐ $65,000 - 124,999 | D |
| ☐ $125,000 - 249,999 | ☐ $125,000 - 249,999 | ☐ $125,000 - 249,999 | E |
| ☐ $250,000 - 499,999 | ☐ $250,000 - 499,999 | ☐ $250,000 - 499,999 | F |
| ☒ $500,000 - 999,999 | ☐ $500,000 - 999,999 | ☒ $500,000 - 999,999 | G |
| ☐ $1,000,000 - Over | ☒ $1,000,000 - Over | ☐ $1,000,000 - Over | H |

### Payment Instructions:

| Securities: | Money | Dividends |
|---|---|---|
| ☐ Transfer & Ship (1) | ☐ Pay (1) | ☐ Pay Weekly (1) |
| ☒ Hold St. Name (2) | ☒ Hold (7) | ☐ Pay Monthly (1) |
| | | ☒ Hold (4) |

Principal & Maturity: ☒ Credit to Account   ☐ Send Payment
Process checks: ☒ Monthly   ☐ Weekly
Money Market Sweeps: ☐ Yes / ☒ No – If Yes, List Fund: ____

### Investment Experience:

| | Yrs. | Avg. Size | Avg # P/Yr. |
|---|---|---|---|
| Options: | | | |
| Stocks: | ✓ | 10K | |
| Bonds: | | | |
| Commodities: | | | |
| Other (specify): | | | |

### Type of Registration:

☒ Individual  /  ☐ Joint Community Property  /  ☐ Payable on Death (Individual)
☐ Joint Tenants In Entirety  /  ☐ Joint with Rights of Survivorship (except in LA)  /  ☐ Joint Tenants In Common
☐ Joint with Rights of Survivorship & Payable on Death (except in LA)  /  ☐ Transfer on Death
☐ UGMA/ ☐ UTMA  (Provide DOB & SSN for minor):  SSN_____  DOB_____
☐ Retirement Account – Type: _____  /  ☐ Foreign Non-Resident Alien  /  ☐ Resident Alien
☐ Other (Circle): Corporate, LLC, Trust, Partnership, Estate, Non-Profit, Sole Proprietorship, Investment Club.

### Credit References:

Bank: Bank of America
Branch: Cutler Bay
Type of Acct.: Checking
Broker: ____

### Duplicate Confirmations:
Please send Duplicate confirms to the following address: ____

### Authorized Person:
If a person, other than the primary and/or secondary account holder will be operating this account, list Name, Address, ID# & Employer: ____

Is this a Discretionary account?   Yes   No   (Circle One)

### Customer and Authorized Person's Signature:

Primary Account Holder: Ricardo J. Fernandez   Date: 5/26/10
Secondary Account Holder: ____   Date: ____
Authorized Person (if Applicable): ____   Date: ____

### Broker Use Only:

Registered Rep Signature: [signature]   5/26/2010
Branch Manager Signature: ____
Designated Officer Signature: [signature]   5-26-2010

### Daytrading:

Approved for Day Trading Strategy? ☐ YES / ☒ NO
Was Daytrading Risk Disclosure Statement Delivered? ☐ YES / ☒ NO
Date Daytrading Disclosure was delivered: ____

Penson New Account Approval Form Page 2 of 2

07/2006